**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **William White,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     vs. ) | Case No.:1:20-cv-2369-SEB-TAB |
| ) | |
| **National Credit Adjusters, LLC,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Plaintiff, by counsel, due to having settled the issues of the above-referenced action with the Defendant, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2020 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Jin Shin
Malone, Frost, Martin, PLLC
Counsel for Defendant
jshin@mamlaw.com

                                      Respectfully Submitted,

                                      /s/John T. Steinkamp
                                      John T. Steinkamp
                                      John Steinkamp & Associates
                                      5214 S. East Street, Suite D1
                                      Indianapolis, IN46227
                                      (317) 780-8300
                                      (317) 217-1320 fax
                                      john@johnsteinkampandassociates.com